# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-918 (M) |
| Felix A. Jorge-Mercedes | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 3, 2025__ in the county of _____ in the _____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting and Impeding a Federal Officer (Misdemeanor) |

This criminal complaint is based on these facts:

See attached affidavit.
The United States requests a summons for defendant to appear before this Court.
Approved by AUSA Jeanette M. Collazo-Ortiz

☑ Continued on the attached sheet.

---

DANIEL M VALDES MORALES
Digitally signed by DANIEL M VALDES MORALES
Date: 2025.10.03 14:14:02 -04'00'

*Complainant's signature*

Daniel Valdes Morales, Special Agent HSI
*Printed name and title*

Sworn to and subscribed in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:16 p.m., on

Date: 10/03/2025

*Judge's signature*

City and state: San Juan, Puerto Rico

Héctor Ramos-Vega, U.S. Magistrate Judge
*Printed name and title*