# Memorandum



**25-cr-410-SCC**

| Subject | Date |
|---|---|
| Filing of Information | October 6, 2025 |
| To: | From: |
| Ada I. García-Rivera, Esq. Clerk of the Court<br>c/s Gizelle Rivera<br>Operations Manager | Jeanette M. Collazo-Ortiz<br>Assistant United States Attorney |

Attached hereto please find a misdemeanor Information for filing.

This is related to US v. for Defendant Felix A. Jorge-Mercedes, 25-mj-00918-HRV.