AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>_Felix A. Jouse Mercedes_<br>Defendant | )<br>)  Case No. 3:25-cr-00410<br>)<br>) |

RECEIVED & FILED
CLERK'S OFFICE
OCT 16 2025
US DISTRICT COURT
SAN JUAN, PR

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

_Walter A. Santana Santana_
Printed name of defendant's attorney (if any)  BAY306108

Date: 10/16/2025

_Walter A. Santana_
Signature of defendant's attorney (if any)

Approved by: _Heiti L. R._
Magistrate Judge's signature