UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>FELIX A JORGE MERCEDES,<br>Defendant. | CRIMINAL NO. 25-410(SCC)(HRV) |

## MOTION TO DISMISS

COMES NOW the United States of America, through the undersigned attorneys, and respectfully moves under Fed. R. Crim. P. 48(a) to dismiss the Information pending in the instant case with prejudice.

WHEREFORE, it is respectfully requested that the Court dismiss the Information in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, October 24, 2025.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

*s/ Jeanette M. Collazo-Ortiz*
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
USDC No. 226803
350 Chardon Avenue; Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918
Tel: 787-772-3970
Fax: 787-766-5398
Email: jeanette.collazo@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                        *s/ Jeanette M. Collazo-Ortiz*
                                        Jeanette M. Collazo-Ortiz
                                        Assistant United States Attorney